ARMANDA M. MARTINO, Respondent, v. " MARY " NINFO, First Name " Mary " Fictitious and Unknown to Plaintiff, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

AMERICAN MINT CORPORATION, Respondent, v. EX-LAX, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BETTY STONE, Respondent, v. ALEXANDER EISEMANN and Others, Copartners Doing Business under the Firm Name of ALEXANDER EISEMANN & Co., Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

INTER-OCEAN RADIO CORP., Judgment Creditor, Respondent, v. STANLEY NETTLER, Judgment Debtor, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SAMUEL L. WELKES, Appellant, v. CHARLES HAMMER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JEREMIAH J. MURPHY, WILLIAM KUPFERBERG, CHARLES HART, and 15 Others, Petitioners-Appellants, for an Order Pursuant to Article 78 of the Civil Practice Act, against PAUL J. KERN, President, FERDINAND Q. MORTON and WALLACE S. SAYRE, Members, Together Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and MARGARET J. KNOTT and Others, Intervenors.— There is substance to the claim that bookkeepers, messengers, telephone operators and automobile enginemen should not have been included among those eligible to take the examination. This objection, however, is of no practical significance as none of them passed the examination and their rights are not involved in this proceeding. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of PHILIP EDWARDS, for a Certiorari Order against HARRIS H. MURDOCK, BERNARD A. SAVAGE, CHARLES M. BLUM and JOHN J. McELLIGOTT, Constituting the Board of Standards and Appeals of the City of New York, Impleaded with JOHN J. CAMPBELL, JR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

ETHEL ADLERBLUM v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.